IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRIS A. WASHINGTON | § | |
| VS. | § | CIVIL ACTION NO.  1:06-CV-752 |
| TOM MANNESS | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Chris A. Washington, a prisoner confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends that petitioner's ineffective assistance of counsel claim be dismissed without prejudice for failure to exhaust available remedies.  The magistrate judge also recommends that petitioner be allowed to proceed with his speedy trial claim.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.  Although petitioner filed a motion to amend, he did not disagree with the magistrate judge's recommendations; he simply clarified the facts concerning the length of his imprisonment.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A partial judgment will be entered in this case in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **8**  day of **May, 2007.**

_____
Ron Clark, United States District Judge